UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ROSA M. VILLEGAS, et al., | No. C 12-02004 LB |
| Plaintiffs, | **ORDER RE: BRIEFING SCHEDULE** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

On June 4, 2012, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), filed a Motion to Dismiss Plaintiffs' First Amended Complaint. *See* Mot., ECF No. 15. Plaintiffs did not file any timely Opposition or Statement of Nonopposition, as required by the applicable Civil Local Rules. *See* Civil L.R. 7-3 (Effective Sep. 8, 2011). On July 8 and 9, 2012, the court called Plaintiff' counsel to inquire whether they intended to oppose Wells Fargo's Motion to Dismiss. On July 9, 2012, Plaintiffs' counsel informed the court that Plaintiffs would oppose Wells Fargo's motion and they agreed to file their Opposition by the close of business, July 9, 2012. Accordingly, Plaintiffs are ORDERED to file either an Opposition or Statement of Nonopposition to Wells Fargo's Motion to Dismiss, ECF No. 15, by 5:00 p.m. PDT today. Plaintiffs' counsel is ORDERED to file through the ECF system, if possible. If Plaintiffs' counsel is unable to register for the ECF system, counsel may serve the Opposition in any manner allowed under the applicable rules, but is ORDERED to e-mail a copy of the Opposition to the court's proposed orders e-mail box, lbpo@cand.uscourts.gov, and to counsel for Wells Fargo by 5:00 p.m. PDT today. If Plaintiffs' counsel is unable to comply with this

C 12-02004
ORDER

Order for any reason, it must contact the court by telephone before 3:30 p.m. PDT today.

Under the applicable version of the Civil Local Rules, Wells Fargo may file an *optional* Reply by July 16, 2012. Wells Fargo is *not* required to file a Reply.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 12-02004
ORDER                    2